UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

------------------------------

*Ramirez*

-v-

*USA*

------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-CV-1176__

JUDGE: __BSJ__

DATE: __4/29/2008__

## INDEX TO THE RECORD ON APPEAL

APR 29 2008

PREPARED BY (NAME): _____THOMAS R. PISARCZYK_____
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: _____500 PEARL STREET, ROOM 370_____
_____NEW YORK, NEW YORK 10007_____
PHONE NO.: _____(212) 805 - 0636_____

DISTRICT COURT DOCKET ENTRIES ------------------------------

**DOCUMENT DESCRIPTION**                                    DOC. #

_____CLERK'S CERTIFICATE_____   ____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____   ____

*Balance of File in USCA on Transfer Order*   ____

(__X__) Original Record                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __29th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Ramirez

-v-

USA

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08cv-1176

JUDGE: BSJ

DATE: 4/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **4** Through **4**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  | Balance of file already in USCA on Transfer Order |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **29th** Day of **April** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

2255, APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01176-BSJ
### Internal Use Only

Ramirez v. USA
Assigned to: Judge Barbara S. Jones
Related Case: 1:98-cr-01250-BSJ-1
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 02/05/2008
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES. PLEASE SEE CRIMINAL CASE: 98cr1250 (BSJ).Document filed by Victor Ramirez.(jeb) (Entered: 02/14/2008) |
| 02/05/2008 | | Magistrate Judge Andrew J. Peck is so designated. (jeb) (Entered: 02/14/2008) |
| 02/05/2008 | 2 | TRANSFER ORDER (U.S.C.A.), transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along with documents numbered 1-2, certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 2/14/2008. (Signed by Judge Kimba M. Wood on 02/05/2008) (jeh) (Entered: 02/14/2008) |
| 04/14/2008 | 4 | NOTICE OF APPEAL from 2 Transfer Order U.S.C.A. Document filed by Victor Ramirez. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 04/29/2008) |
| 04/14/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Victor Ramirez. $455.00 APPEAL FEE DUE. IFP REVOKED 7/24/06. COA DENIED 7/24/06. (tp) (Entered: 04/29/2008) |
| 04/18/2008 | 3 | MANDATE of USCA (Certified Copy) USCA Case Number 08-0747-op. NOTICE HAVING BEEN GIVEN that the petitioner was required to file an application requesting that the court authorize a second or successive habeas corpus in the U.S.D.C., and PETITIONER HAVING FAILED to file said application within the FORTY FIVE DAYS prescribed, authorization for underlying petition is DENIED to Liriano v. USA, 95 F.3d 119 (2nd Cir. (NY)). Any motions pending prior to the entry of this order of dismissal are deemed MOOT. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 4/16/2008. (nd) (Entered: 04/18/2008) |
| 04/18/2008 | | Transmission of USCA Mandate/Order to the District Judge re: 3 USCA Mandate Non-Dismissal. (nd) (Entered: 04/18/2008) |
| 04/29/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 04/29/2008) |
| 04/29/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 04/29/2008) |