**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**MANDATE**

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 7/31/08
Docket Number: 08-2226-pr
Short Title: Ramirez v. USA

DC Docket Number: 08-cv-1176
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Barbara Jones

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of July, two thousand eight.

Ramirez v. USA

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 02/05/08 United States District Court for the Souhern District be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Atasha Joseph, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____ DEPUTY CLERK

Certified: 09/02/08